```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 3/12/2019            │
└─────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSE FIGUEROA, on behalf of himself and all others similarly situated, | Case No. 1:18-cv-9583-AT |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| v. | |
| HALSTON OPERATING COMPANY, LLC, a Delaware limited liability corporation, d/b/a HALSTON HERITAGE | |
| Defendant. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate to the dismissal with prejudice of this action, with each party to bear its own attorney's fees and costs.

Dated: 3/6/2019

By: _____

Joseph H. Mizrahi, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza West, 12 Fl.
Brooklyn, New York 11201
Phone: (929) 575-4175
Email: joseph@cml.legal
*Counsel for Plaintiff*

By: _____

Andrew Hamill
KAO LLP
One Post Street, Suite 1000
San Francisco, California 94104
Telephone: 415-539-0996
Facsimile: 866-267-0243
ahamill@kaollp.com
*Counsel for Defendant Halston Operating Company, LLC*

SO ORDERED.

Dated: March 12, 2019
New York, New York

_____
**ANALISA TORRES**
United States District Judge